ORDERED.

Dated: December 19, 2025

_Catherine McEwen_
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

Johnathan Richard Balogh,

    Debtor.
_____/

Case No. 8:25-bk-07363-CPM

Chapter 13

**ORDER GRANTING**
**BANK OZK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
(DOC. NO. 25)

This matter came before the Court without a hearing upon *Bank OZK's Motion for Relief From the Automatic Stay* (Doc. No. 25) (the "**Motion**") filed by creditor Bank OZK. Through the Motion, Bank OZK seeks the entry of an order granting *in rem* relief from the automatic stay with respect to the RV (defined below). The Motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond within 21 days plus 3 days if the Motion was served by U.S. Mail; no party filed a response within the time permitted; and, the Court therefore considers the matter to be unopposed. The Court, having considered the Motion and the entire record in this case, finds it appropriate to grant the requested relief. Accordingly, it is hereby ordered:

1.     The Motion is **GRANTED**.

2. The Court hereby modifies and terminates the automatic stay pursuant to 11 U.S.C. § 362(d)(1) and (d)(2) so that Bank OZK may immediately exercise all *in rem* rights and remedies with respect to the 2022 Forest River Riverstone 442MC FifthWheel 4X4FRS838N0003269 (the "**RV**"). These *in rem* rights and remedies include, but are not limited to, taking any steps necessary to exercise any contractual and statutory rights Bank OZK may have in the RV, to gain possession of the RV, to sell the RV, and, if necessary, to file a deficiency claim in this bankruptcy case.

3. The Court shall retain jurisdiction to determine all matters arising from the enforcement and/or implementation of this Order.

###

Attorney Daniel Etlinger is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this Order.