# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:

Johnathan Richard Balogh,

    Debtor.
_____/

Case No. 8:25-bk-07363-CPM

Chapter 13

## BANK OZK'S MOTION TO DISMISS

Bank OZK, by counsel and pursuant to Sections 521(a)(1), 1307, and 1321, hereby moves to dismiss this Chapter 13 case for the failure to file required documents. In support of this Motion, Bank OZK states as follows:

## Background

1.    On October 6, 2025, the Debtor Johnathan Richard Balogh (the "**Debtor**") filed his *Voluntary Petition for Individuals Filing for Bankruptcy.* (Doc. No. 1).

2.    On October 20, 2025, this Court entered its *Order Granting Motion to Extend Time to File Schedules, Statements and Chapter 13 Plan* (Doc. No. 17) (the "**First Extension Order**") which extended the Debtor's deadline for compliance with 11 U.S.C. § 521(a)(1).

3.    On October 29, 2025, after the Debtor failed to comply with the First Extension Order, this Court entered its *Order Dismissing Case* (Doc. No. 20).

4.    On December 1, 2025, this Court entered its *Amended Order Granting Motion to Vacate Order of Dismissal and Extending Deadline Under 11 U.S.C. § 521(i)1)* (Doc. No. 27) (the "**Second Extension Order**") which, in pertinent part, states the "deadline for the Debtor to file all required documents under 11 U.S.C. § 521(a)(1) is extended through January 5, 2026, **the maximum amount of days permitted by that statute.**" (emphasis added).

5. As of January 6, 2026, the Debtor has failed to file the required documents under 11 U.S.C. § 521(a)(1).

## Standard and Relief Requested

6. The Bankruptcy Code provides that the debtor **shall** file his schedules and statement of financial affairs. 11 U.S.C. § 521(a)(1). Furthermore, the debtor shall file a plan. *Id.* at § 1321; *Federal Rule of Bankruptcy Procedure* 3015(b).

7. Failure to comply with these mandates may result in dismissal of the case. 11 U.S.C. § 1307.

8. In this case, the Debtor has failed to file his schedules, statement of financial affairs, and plan (and as to the last component, has filed a motion seeking to extend the time to commence plan payments). These actions are contrary to the First and Second Extension Orders, and as such constitute grounds for dismissal pursuant to 11 U.S.C. § 1307 as a willful failure of the Debtor to abide by orders of the Court and as an unreasonable delay that is prejudicial to creditors.

**WHEREFORE,** Bank OZK respectfully requests that the Court enter an order **(i)** granting this Motion, **(ii)** dismissing the Debtor's case, and **(iii)** providing such other and further relief as the Court deems just and proper.

Dated: January 6, 2026.

Respectfully submitted,

*/s/ Emanuel I. Flaquer*
Daniel E. Etlinger
Florida Bar No. 77420
Emanuel I. Flaquer
Florida Bar No. 1058467
UNDERWOOD MURRAY, P.A.
100 N. Tampa Street, Suite 2325
Tampa, Florida 33602
Telephone: (813) 540-8401
Fax: (813) 553-5345

Email: detlinger@underwoodmurray.com
eflaquer@underwoodmurray.com
detlinger@ecf.courtdrive.com

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court on January 6, 2026, has been furnished electronically to those parties registered to receive service via CM/ECF including but not limited to the Debtor, the Chapter 13 Trustee, and the United States Trustee.

*/s/ Emanuel . Flaquer*
Emanuel I. Flaquer