

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/07/2026 03:00 PM

COURTROOM 8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:25-bk-07363-CPM | 13 | 10/06/2025 |

Chapter 13

**DEBTOR:** Johnathan Balogh

**DEBTOR ATTY:** NA

**TRUSTEE:** Daryl Smith

**HEARING:**

Motion to Suspend Payments or Extend Chapter 13 Plan Payments Due to Temporary Hardship. Filed by Debtor Johnathan Richard Balogh   Doc #29

**APPEARANCES:**:
AAPPEARANCES: via zoom: Emanual Flaquer, Johnathan Balough

**RULING:** [ Heard by CPM ]

Motion to Suspend Payments or Extend Chapter 13 Plan Payments Due to Temporary Hardship. Filed by Debtor Johnathan Richard Balogh   Doc #29

  ...[Case deemed dismissed]...

NOTE:     [ Judge discussed and ruled ]

- Motion to Dismiss Case for Failure to File Documents under Sec 521(i) . Filed by Emanuel Isaias Flaquer I on behalf of Creditor Bank OZK Doc #41

  ...Denied as moot - Order to be submitted by Flaquer...
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.