ORDERED.

Dated: January 14, 2026

_Catherine M<sup>c</sup>Ewen_
Catherine Peek McEwen
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:

Johnathan Richard Balogh,

    Debtor.
_____/

Case No. 8:25-bk-07363-CPM

Chapter 13

## ORDER DENYING
## BANK OZK'S MOTION TO DISMISS CASE AS MOOT
(DOC. NO. 41)

This matter came before the Court without a hearing upon *Bank OZK's Motion to Dismiss Case* (Doc. No. 41) (the "**Motion**") filed by creditor Bank OZK. The Court, having considered the Motion and the entire record in this case, finds it appropriate to deny the requested relief. Accordingly, it is hereby ordered:

**1.** The Motion is **DENIED AS MOOT** as the case was automatically dismissed on January 6, 2026, due to Debtor's failure to file the documents required under 11 U.S. Code § 521(i). *See* Doc. No. 42.

**2.** The Court shall retain jurisdiction to determine all matters arising from the enforcement and/or implementation of this Order.

###

Attorney Emanuel I. Flaquer is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this Order.